IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| ISAIAH MOORE, | § | |
| | § | |
| Defendant Below, | § | No. 76, 2025 |
| Appellant, | § | |
| | § | Court Below: Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| STATE OF DELAWARE, | § | Cr. ID No. 1608006943 (N) |
| | § | |
| Appellee. | § | |

Submitted: May 13, 2025
Decided: May 20, 2025

## ORDER

The appellant, Isaiah Moore, filed this appeal from a Superior Court order denying a motion for correction of an illegal sentence. Moore's opening brief was due Apil 8, 2025. On April 10, 2025, Court staff sent a notice of brief delinquency to Moore because he had not filed his opening brief by the deadline. On April 24, 2025, Court staff issued a notice, sent by certified mail, directing Moore to show cause why this appeal should not be dismissed for his failure to file an opening brief. On May 5, 2025, the Court received the certified-mail receipt, indicating that the notice had been delivered. The appellant having failed to respond to the notice to show cause within the required ten-day period, dismissal of this action is deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that the appeal is DISMISSED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Chief Justice